UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD CASITY, | No. 2:22-cv-1983 TLN AC P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| MONIVIRIN SON, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On December 6, 2022, plaintiff was directed to complete the application form and submit a copy of his inmate trust account statement. ECF No. 8. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. ECF No. 10. However, the certificate portion of the in forma pauperis application has not been filled out and signed by an authorized jail official. <u>See id.</u> at 2; <u>see also</u> 28 U.S.C. § 1915(a)(2) (certification requirement or institutional equivalent). Plaintiff will be provided the opportunity to submit the completed application including the certification in support of his application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to proceed in forma pauperis (ECF No. 10) is DISREGARDED as incomplete.

////

1

2.  Within thirty days from the date of this order, plaintiff shall submit a properly completed in forma pauperis application including the certification required on the application form.

Plaintiff is cautioned that failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

3.  The Clerk of Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 23, 2023

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE